Robert B. Wiygul*
Waltzer & Associates
1025 Division Street, Suite C
Biloxi, MS 39530
Telephone: (228) 374-0700

Attorney for Plaintiff

* Admitted pro hac vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **FOREST GUARDIANS**<br><br>          **Plaintiff,**<br>**v.**<br><br>**MIKE JOHANNS, SECRETARY OF AGRICULTURE OF THE UNITED STATES, and the UNITED STATES FOREST SERVICE**<br>          **Defendants** | **CIVIL ACTION NO:   4:01-CV-00138-DCB** |

## STIPULATION OF DISMISSAL

Plaintiff Forest Guardians and defendants Mike Johanns and the United States Forest Service, pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate that all matters relating to this case and the remand from the Ninth Circuit Court of Appeals have been resolved, and that all remaining issues in this matter are dismissed with prejudice.

Respectfully submitted,

 s/ Robert B. Wiygul_____
Robert B. Wiygul,  LA Bar # 17411
Waltzer & Associates
1025 Division Street, Suite C
Ocean Springs, Mississippi 39530
(228) 374-0700
Fax: (228) 374-0725
robert@waltzerlaw.com
Attorneys for Plaintiffs


s/ Lisa Russell_____
Lisa Russell, Esq.
Department of Justice
Environment and Natural Resources Division
P.O. Box 7369
Ben Franklin Station
Washington, D.C.  20044-7369

## **CERTIFICATE OF SERVICE**

      I, Robert B. Wiygul, attorney for plaintiffs, do hereby certify that I have electronically filed a copy of the foregoing through the Court's ECF system, for service on all counsel of record, or have made service as required by the Federal Rules of Civil Procedure.

SO CERTIFIED, this the 2d day of October, 2006.


                                            s/ Robert B. Wiygul